# Third District Court of Appeal

## State of Florida

Opinion filed May 21, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0535
Lower Tribunal No. F97-1116
_____

**Ben Lemon, III,**

Appellant,

vs.

**The State of Florida,**

Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Tanya Brinkley, Judge.

Ben Lemon, III, in proper person.

James Uthmeier, Attorney General, for appellee.

Before EMAS, LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed.  See Padgett v. State, No. 3D25-349, 2025 WL 1172840, at *1 (Fla. 3d DCA April 23, 2025) ("A life sentence is not impermissible 'indefinite imprisonment' under the Florida Constitution. Art. I, § 17, Fla. Const." (citing Ratliff v. State, 914 So. 2d 938, 940 (Fla. 2005) ("Any sentence, even one of a short duration, can potentially exceed a defendant's life span.  The fact that the judicial system has no way of knowing how long the defendant will live and therefore cannot know how long the defendant will be incarcerated does not render a life sentence unconstitutionally indefinite.  It is abundantly clear that the Legislature, by prescribing a sentence of life imprisonment, intends that the defendant remain in prison for the rest of his life.  The term 'life' is sufficiently definite so that it can be understood and applied.")))  (additional citations omitted).